C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:                )         No. B-11-80164  C-13D
Donald R. Holmes                 )
Carolyn R. Holmes                )
                                 )
    Debtor(s)                    )

## ORDER DENYING CONFIRMATION OF PLAN

On May 5, 2011, a hearing was held on Objections by Equisource Home Mortgage and the IRS to confirmation of the Debtors' proposed plan. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the Objections and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Objections should be sustained; therefore, it is

ORDERED that the Objections by Equisource Home Mortgage and the IRS to confirmation of the Debtors' proposed plan are sustained and the proposed plan is not confirmed.

## PARTIES IN INTEREST
Page 1 of 1
**11-80164 C-13D**

Donald R. Holmes
Carolyn R. Holmes
2130 Eaton Ferry Rd.
Littleton, NC 27850

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Pamela P. Keenan, Esq.
PO Box 19766
Raleigh, NC 27619

Scott L. Little, Esq.
Special Assistant, US Attorney
2303 W. Meadowview Rd.
Kinston Bldg., Mail Stop 24
Greensboro, NC 27407-3726