C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80164  C-13D |
| Donald R. Holmes | ) | |
| Carolyn R. Holmes | ) | |
| | ) | |
| Debtor | ) | |

## ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7

On July 14, 2011, a hearing was held on Motion by Equisource Home Mortgage ("Equisource") to dismiss this case, or in the alternative, convert the case to Chapter 7. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors; Pamela P. Keenan, Esq. appeared on behalf of Equisource; and, Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that there is just cause to grant the Motion of Equisource; therefore, it is ORDERED:

1. The Motion by Equisource is granted and this case is converted to Chapter 7.

2. The sum of $6,803.12 on hand and any additional funds received by the Standing Trustee shall be forwarded to the appointed Chapter 7 Trustee.

**PARTIES IN INTEREST**
**Page 1 of 1**
**11-80164 C-13D**

Donald R. Holmes
Carolyn R. Holmes
2130 Eaton Ferry Rd.
Littleton, NC 27850

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Pamela P. Keenan, Esq.
PO Box 19766
Raleigh, NC 27619