# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In re:

    DONALD REGINALD HOLMES
    CAROLYN ROSS HOLMES
        Debtor(s)
SSN(1) XXX-XX-6361   SSN(2)
XXX-XX-9161

Case No. 11-80164-
Judge William L. Stocks

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Richard M. Hutson, II, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/28/2011.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 07/19/2011.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

Case 11-80164   Doc 51   Filed 08/10/11   Page 1 of 3

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,218.51 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$7,218.51**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $7,218.51 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,218.51** |

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 623.00 | 623.60 | 623.60 | 0.00 | 0.00 |
| BENEFICIAL | Unsecured | 15,833.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF GREENSBORO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DIRECTV *** | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| DUKE UNIVERSITY HEALTH SYSTEM | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| EMPLOYMENT SECURITY COMMISS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EQUISOURCE HOME MORTGAGE CO | Secured | 81,437.22 | 87,445.59 | 87,445.59 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 75,127.98 | 73,944.88 | 74,797.90 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 726.66 | 726.66 | 0.00 | 0.00 |
| NC DEPARTMENT OF REVENUE | Secured | 26,002.02 | 27,778.99 | 25,778.99 | 0.00 | 0.00 |
| NORTH CAROLINA DEPT OF REVENU | Priority | NA | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 45.48 | 45.48 | 0.00 | 0.00 |
| WARREN COUNTY TAX COLLECTOR | Priority | NA | NA | NA | 0.00 | 0.00 |
| WARREN COUNTY TAX OFFICE | Secured | 3,675.01 | 3,731.07 | 3,731.07 | 0.00 | 0.00 |

Case 11-80164   Doc 51   Filed 08/10/11   Page 2 of 3

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $191,753.55 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$191,753.55** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $726.66 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$726.66** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$669.08** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,218.51 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$7,218.51** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/10/2011          By: /s/ Richard M. Hutson, II

                                                     Trustee

xc   DONALD REGINALD HOLMES
     CAROLYN ROSS HOLMES
     U.S. BANKRUPTCY ADMIN
     JOHN T ORCUTT
     6616-203 SIX FORKS ROAD
     RALEIGH, NC 27615

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.